SECALT S.A. and Tractel, Inc.,
Plaintiffs–Appellants,

v.

WUXI SHENXI CONSTRUCTION
MACHINERY COMPANY, LTD.,
Defendant–Appellee.

No. 2011–1082.

United States Court of Appeals,
Federal Circuit.

Feb. 3, 2011.

### ORDER

Pursuant to this court's order filed December 14, 2010, and absent a response from either appellants or appellee,

IT IS ORDERED THAT:

The appeal is hereby transferred to the United States Court of Appeals for the Ninth Circuit.